**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

LACEY MEINKE

_____
**Plaintiff/Petitioner,**

officer Jackson
officer Fredrickson
v. officer Mendoza
officer Collins
Washoe County
_____
**Defendant/Respondent.**

**Application to proceed in forma pauperis by an inmate in NDOC custody**

**Case Number:**

I, Lacey Meinke _____, declare that I am the (check the appropriate box)

☒ Plaintiff (filing 42 U.S.C. § 1983)

☐ Petitioner (filing petition for writ of habeas corpus, 28 U.S.C. §§ 2254 or 2241)

☐ Movant (filing 28 U.S.C. § 2255 motion)

☐ Other

in this case. I am unable to prepay the fees of this proceeding or give security for them because of my poverty. I acknowledge and consent that if I ultimately win all or part of my claims and am awarded money, and if ordered by the court to do so, I will reimburse the clerk of court all fees incurred by me as a result of being granted leave to proceed *in forma pauperis*.

In further support of this application, I declare under penalty of perjury, *see* 28 U.S.C. § 1746 and 18 U.S.C. § 1621, that the following answers are true and correct.

1. Are you currently incarcerated? ☒ Yes ___ No (if "no" do not use this form)

   a. Where are you currently incarcerated (name of NDOC facility)?
      FMWCC Florence McClure Womens Correctional

   b. What is your prison/jail identification number? 1026364

2. Are you currently employed (includes prison employment)? ___ Yes ☒ No

   a. If "yes," state the amount of your pay _and_ your employer.
      _____

   b. If "no," state the date of your last employment and the amount of pay per month you received. None

3.  Have you received any money from the following sources over the last 12 months?

   a.  Business, profession, or other form of self-employment? ___ Yes _X_ No

   b.  Rent payments, interest, or dividends? ___ Yes _X_ No

   c.  Pensions, annuities, or life insurance payments? ___ Yes _X_ No

   d.  Gifts or inheritances? _X_ Yes ___ No

   e.  Disability or social security payments? ___ Yes _X_ No

   f.  Any other sources? ___ Yes _X_ No

   If the answer to any of the above is "yes," describe each source of money, state the amount received, and what you expect you will continue to receive.

4.  Do you have cash (including balance of checking or savings accounts outside of prison/jail and any funds in prison/jail accounts)? _X_ Yes ___ No

   a.  If "yes," state the amount (do not include your account numbers):
   32.60

5.  Do you own or have any interest in any real estate, stocks, bonds, securities, trusts, other financial instruments, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)? ___ Yes _X_ No

   a.  If "yes," describe the property and state the value: _____

6.  Have you placed any property, assets, or money in the name or custody of anyone else in the last two years? ___ Yes _X_ No

   a.  If "yes," give the date, describe the property, assets, or money, give the name of the person given custody of the item, and the reason for the transfer.

   _____

   _____

7.  List the people who are dependent upon you for support, state your relationship to those people, and indicate how much you contribute toward their support each month.

   _____

   _____

   _____

## FINANCIAL ACKNOWLEDGEMENT

**This form must be dated and signed below for the court to consider your application.**

I hereby authorize the agency having custody of me to file with this court a copy of my trust fund account statement for activity covering the last six months. Additionally, once eligibility is established, I further authorize the agency having custody of me to collect from my trust fund account and forward to the Clerk of the United States District Court payments in accordance with 28 U.S.C. § 1915(b).

I understand that:

1. If I file a petition for writ of habeas corpus in federal court under 28 U.S.C. § 2254 or 2241 and my application to proceed *in forma pauperis* is denied by the court, I will have to pay a $5.00 filing fee before my petition will be considered.

2. If I commence a civil rights action in federal court under 42 U.S.C. § 1983, the filing fee is $405.00 (which includes the $350.00 filing fee and a $55.00 administrative fee), which I must pay in full.

3. If the court denies my *in forma pauperis* application, I must pay the full filing fee of $405.00 before I will be allowed to proceed with the action.

4. If my *in forma pauperis* application is granted, my case will proceed while I make installment payments. I will be required to pay 20% of my average monthly balance or the average monthly deposits to my account, whichever is greater. Thereafter I must pay installments of 20% of the preceding month's deposits to my account in months that my account balance exceeds $10.00.

5. I must continue to make installment payments until the $350.00 filing fee is fully paid, even if my action is closed or I am released from confinement. The $55.00 administrative fee will be waived only if I am granted permission to proceed *in forma pauperis*.

**Applicant's Signature:**

**Prison/Jail Number:**

_102636t_

**Date:**

_2/11/2026_